**Franklin Service, Inc.**

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

OCT 23 2023

LISA H. HANEY
CLERK OF COURT
WESTERN DISTRICT OF TENN.

**P.O. Box 3910**
**Tupelo, MS 38803**
**(662)844-7776**

10/17/2023

To Whom It May Concern

Franklin Service Inc. request that the court withdraw proof of claim #23 filed on 10/16/23 for RedMed llc in the amount of $151.00. This proof of claim was filed in error.

Respectfully,
/s/Ciera Grice

Ciera Grice
Bankruptcy Clerk
Franklin Service Inc
PO Box 3910
Tupelo, MS 38803
(662)844-7776 Ext. 1303

Western District of Tennessee
Case # 23-23825
Ashley S. Johnson